Stephen U. WEBB, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 62552.

Missouri Court of Appeals,
Western District.

Nov. 23, 2004.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Feb. 1, 2005.

Application for Transfer Denied
April 5, 2005.

Andrew A. Schroeder, Kansas City, MO,
for Appellant.

Deborah Daniels, Jefferson City, MO,
for Respondent.

Before LOWENSTEIN, P.J., EDWIN
H. SMITH and HOWARD, JJ.

#### *ORDER*

PER CURIAM.

Movant appealed the denial of his Rule
24.035 motion. Judgment affirmed. Rule
84.16(b).